## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARY COOK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 3:13-cv-25-RLY-WGH |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

Plaintiff, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby notifies the Court that Plaintiff hereby dismisses this action with prejudice.

Respectfully submitted,

*/s/ Todd C. Barsumian*
Todd C. Barsumian, #20778-82
Attorney for Plaintiff

BARSUMIAN LAW
101 N.W. First Street, PO Box 3555
Evansville, IN 47734-3555
Office Phone: (812) 402-5582
Facsimile (812) 402-5583
Email: todd@barsumianlaw.com